**BENTLEY v. COMMONWEALTH.**

Court of Appeals of Kentucky.

Oct. 17, 1952.

J. Ervin Sanders, P. H. Hyden, Pikeville, for movant.

J. D. Buckman, Jr., Atty. Gen., opposed.

PER CURIAM.

Motion for an appeal from the Pike Circuit Court by Joe Bentley from a judgment convicting him of possessing alcoholic beverages for sale in local option territory and fixing punishment at thirty days in jail and $100 fine.

A consideration of the record discloses no error prejudicial to movant's substantial rights and the judgment is affirmed.